# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>CHRISTOPHER MICHAEL ALBERTS<br>DOB: xx/xx/xxx, PDID: xxx-xxx<br><br>*Defendant(s)* | Case: 1:21-mj-000010<br>Assigned to: Judge Harvey, G. Michael<br>Assign Date: 1/7/2021<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 6, 2021** in the county of _____ in the _____ District of **Columbia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 40 U.S. Code § 5104(e)(1)(A)(i) | did carry or have readily accessible, on the Grounds of the United States Capitol Building, a firearm and ammunition, that is, a Taurus G2C, 9mm handgun and 9mm caliber ammunition. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

✔ Continued on the attached sheet.

_____
*Complainant's signature*

MPD Officer Dallan Haynes
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 01/07/2021

_____
*Judge's signature*

City and state: Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

[Print]  [Save As...]  [Attach]  [Reset]