AO 442 (Rev. 11/11) Arrest Warrant                                          FIO 11220986 

# UNITED STATES DISTRICT COURT
for the

U.S. MARSHAL-DC PM1:57
RECEIVED JAN 7 '21

District of Columbia

United States of America
v.
CHRISTOPHER MICHAEL ALBERTS

)
)
)
)
)
)
)

Case: 1:21-mj-000010
Assigned to: Judge Harvey, G. Michael
Assign Date: 1/7/2021
Description: COMPLAINT W/ARREST WARRANT

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   CHRISTOPHER MICHAEL ALBERTS                                           ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

40 U.S.C. § 5104(e)(1)(A)(i) - (Unlawful Activities; Carrying a Firearm on Capitol Grounds)

Date:   01/07/2021

Digitally signed by G.
Michael Harvey
Date: 2021.01.07
13:41:21 -05'00'

*Issuing officer's signature*

City and state:   Washington, DC

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

| | |
|---|---|
| This warrant was received on *(date)* 1/7/2021, and the person was arrested on *(date)* 1/7/2021 at *(city and state)* Received | |
| Date: 1/7/2021 | Arresting officer's signature Receiving Christopher Schurssler, DUSM *Printed name and title* |