IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, ) | |
|     v. ) | Crim. No. 21mj10 |
| CHISTOPHER ALBERTS, ) | |
|     Defendant. ) | |

<u>NOTICE OF ATTORNEY APPEARANCE</u>

Please note the appearance of undersigned as counsel for Defendant Christopher Alberts in substitution of appointed counsel AFPD Tony Miles.

                                                                 Respectfully Submitted,

                                                                 CHRISTOPHER ALBERTS
                                                                 By Counsel

                                                                 _____/s/_____
                                                                 John C. Kiyonaga

                                                                600 Cameron Street
                                                                Alexandria, Virginia 22314
                                                                Telephone:  (703) 739-0009
                                                                Facsimile:    (703) 340-1642
                                                                E-mail: john@johnckiyonagaa.com

                                                                Counsel for the Defendant

<u>Certificate of Electronic Service</u>

I hereby certify that on January 21, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.

                                                                _____/s/_____
                                                                John C. Kiyonaga